B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Passarelli, Antonetta | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Interest in: SSP Holdings, LLC; SSP Management, LLC; AGM<br>Management, Inc.; AGM Holdings, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>xxx-xx-3585 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>256 W 33rd Street<br>Chicago, IL     ZIP CODE 60616-0000 | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11
  U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title
  26 of the United States Code (the Internal
  Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a
  Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a
  Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- [x] Debts are primarily
  business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed
  application for the court's consideration certifying that the debtor is unable to pay fee
  except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach
  signed application for the court's consideration. See Official Form 3B.

**Check one box:**     **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or
  affiliates) are less than $2,343,300 (*amount subject to adjustment on 04/01/13 and every three
  years thereafter*).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to
  unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Antonetta Passarelli |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Antonetta Passarelli |
|---|---|

## Signatures

| **Signature(s) of Debtor (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Antonetta Passarelli
Signature of Debtor  Antonetta Passarelli

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
September 30, 2011
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

**Signature of Attorney***

X /s/ Robert R. Benjamin
Signature of Attorney for Debtor(s)
Robert R. Benjamin 0170429
Printed Name of Attorney for Debtor(s)
Golan & Christie LLP
Firm Name
70 W. Madison
Suite 1500
Chicago, IL 60602
Address
Email:rrbenjamin@golanchristie.com
(312) 263-2300 Fax:(312) 263-0939
Telephone Number
September 30, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address
X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Antonetta Passarelli                                  Case No. _____

                               Debtor(s)         Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Antonetta Passarelli
                       Antonetta Passarelli

Date:   September 30, 2011

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Antonetta Passarelli**                                                                    ,
                                                                        Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 325,056.00 | | |
| B - Personal Property | Yes | 3 | 35,541.44 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 395,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 2,416,854.18 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 12 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,028.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,961.52 |
| Total Number of Sheets of ALL Schedules | | 58 | | | |
| Total Assets | | | 360,597.44 | | |
| Total Liabilities | | | | 2,811,854.18 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Antonetta Passarelli**                                                    ,    Case No. _____

Debtor                              Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Antonetta Passarelli**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Dwelling**<br>   **256 W. 33rd Street**<br>   **Chicago, IL 60616** | **Tenants by entireties** | J | 325,056.00 | 395,000.00 |

| | | |
|---|---|---|
| Sub-Total > | 325,056.00 | (Total of this page) |
| Total > | 325,056.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re    **Antonetta Passarelli**                                    ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank, Checking Account** | J | 60.00 |
| | | **Chase Bank, Checking Account** | J | 5.00 |
| | | **Charter One Bank, Savings Account (...7814) (Signer w/ Mother, Father & Brother) \*\*SSI/PENSION FUNDS ONLY\*\*** | J | 75.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | J | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Wearing apparel** | J | 200.00 |
| 7.  Furs and jewelry. | | **Engagement Ring** | - | 1,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AICPA Insurance Trust $250,000.00 Term** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **3,840.00** |
| (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Antonetta Passarelli**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Edward Jones Traditional IRA** | - | 28,066.51 |
| | | **Edward Jones ROTH IRA** | - | 3,634.93 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **30% SSP Holdings, LLC** | - | 0.00 |
| | | **30% SSP Management, LLC** | - | 0.00 |
| | | **50% AGM Managment, LLC** | - | 0.00 |
| | | **40% AGM Holdings, LLC** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    **31,701.44**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Antonetta Passarelli**                                    ,         Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         **0.00**
(Total of this page)
Total >       **35,541.44**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re  **Antonetta Passarelli**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Dwelling** | 735 ILCS 5/12-901 | 15,000.00 | 325,056.00 |
| **256 W. 33rd Street** | | | |
| **Chicago, IL 60616** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Bank, Checking Account** | 735 ILCS 5/12-1001(b) | 60.00 | 60.00 |
| | | | |
| **Chase Bank, Checking Account** | 735 ILCS 5/12-1001(b) | 5.00 | 5.00 |
| | | | |
| **Charter One Bank, Savings Account (...7814)** | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| **(Signer w/ Mother, Father & Brother)** | | | |
| **\*\*SSI/PENSION FUNDS ONLY\*\*** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| | | | |
| **Wearing Apparel** | | | |
| **Wearing apparel** | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| | | | |
| **Furs and Jewelry** | | | |
| **Engagement Ring** | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Edward Jones Traditional IRA** | 735 ILCS 5/12-1006 | 28,066.51 | 28,066.51 |
| | | | |
| **Edward Jones ROTH IRA** | 735 ILCS 5/12-1006 | 3,634.93 | 3,634.93 |

|  |  | Value | Current Value |
|---|---|---|---|
| | Total: | **50,766.44** | **360,822.44** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Antonetta Passarelli** _____, Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Second Mortgage Assigned from Chicago Community Bank | | | | | |
| 33rd Street Investors, LLC 2914 South Princeton Chicago, IL 60616 | | | | J | Single Family Dwelling 256 W. 33rd Street Chicago, IL 60616 | | | X | | |
| | | | | | Value $ 325,056.00 | | | | 165,000.00 | 69,944.00 |
| Account No. 612626499 | | | | | First Mortgage | | | | | |
| Chase Home Finance P.O. Box 24696 Columbus, OH 43224 | | | | J | Single Family Dwelling 256 W. 33rd Street Chicago, IL 60616 | | | | | |
| | | | | | Value $ 325,056.00 | | | | 230,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 395,000.00 | 69,944.00 |
| Total (Report on Summary of Schedules) | 395,000.00 | 69,944.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Antonetta Passarelli**                                                    ,      Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re __**Antonetta Passarelli**_____,    Case No. _____

                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Abatement Management, Inc 6990 State Route 111 South Roxana, IL 62087** | X | - | | Lawsuit (Madison County, IL) Contingent Corporate Obligation 09-CH-91 | X | | | **Unknown** |
| Account No. **Accurate Computer Consulting, Inc. 1 Old Oak Trail Palos Heights, IL 60463** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | **449.34** |
| Account No. **Accurate Computer Consulting, Inc. 1 Old Oak Trail Palos Heights, IL 60463** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | **875.00** |
| Account No. **Acton Mobile Industries P.O. Box 758689 Baltimore, MD 21275-8689** | X | - | | Goods and Services (Contingent Corporate Obligation) | X | | | **65.80** |

| | | |
|---|---|---|
| __35__ continuation sheets attached | Subtotal (Total of this page) | **1,390.14** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **AEW** **558 W 37th St. PMB 300** **Chicago, IL 60609** | X | - | | | X | | | 2,216.43 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Airgas Mid America** **PO Box 802615** **Chicago, IL 60680-2615** | X | - | | | X | | | 21,591.51 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Al Warren Oil Co.** **P.O. Box 40** **Summit Argo, IL 60501** | | - | | | | | | 3,557.49 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Alliance Environmental Control** **P.O. Box 5230** **Chicago, IL 60616** | X | - | | | X | | | 1,740.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Alliance Environmental Control** **P.O. Box 5230** **Chicago, IL 60616** | X | - | | | X | | | 5,425.00 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **34,530.43**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alliance Environmental Control**<br>**P.O. Box 5230**<br>**Chicago, IL 60616** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 9,475.00 |
| Account No.<br><br>**Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,550.00 |
| Account No.<br><br>**Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 27,976.11 |
| Account No.<br><br>**Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 6,018.00 |
| Account No.<br><br>**Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 13,309.50 |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,328.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Alpha Environmental 5 Pembroke Circle Streamwood, IL 60107 | X | - | | | X | | | 4,665.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| American Truck Products & Asses. P.O. Box 701 Chicago Heights, IL 60412 | X | - | | | X | | | 262.94 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Amerisafe 3990 Enterprise Court Aurora, IL 60504 | X | - | | | X | | | 1,072.54 |
| Account No. | | | | Reinbursement for Expenses (Contingent corporate obligation) | | | | |
| Amor Perez 9419 Southmoor Ave Apt. 17 Highland, IN 46322 | X | - | | | X | | | 480.77 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507-8100 | X | - | | | X | | | 331.07 |

Sheet no. __3___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,812.32**

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonetta Passarelli**                                                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** | X | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 141.64 |
| Account No. <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 232.30 |
| Account No. **773 846 0688 459 5**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 439.23 |
| Account No. <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 44.85 |
| Account No. <br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | X | - | | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 15.00 |

Sheet no. __4__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        | 873.02 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**                                          ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **773 545 8351 392 5** | | | Services: 6759 W Forest Preserve Dr (Contingent Corporate Obligation) | | | | |
| **AT&T** **P.O. Box 8100** **Aurora, IL 60507-8100** | X | - | | X | | | |
| | | | | | | | 123.04 |
| Account No. **773 283 1252 050 2** | | | Services: 6759 W Forest Preserve Dr (Contingent Corporate Obligation) | | | | |
| **AT&T** **P.O. Box 8100** **Aurora, IL 60507-8100** | X | - | | X | | | |
| | | | | | | | 55.45 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **B & H Industries** **80 W. Seegers Rd.** **Arlington Heights, IL 60005** | | - | | X | | | |
| | | | | | | | 59.85 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **B & R Welding Company** **375 E. 60th Street** **Chicago, IL 60637** | X | - | | X | | | |
| | | | | | | | 9,489.00 |
| Account No. **4888-9319-9406-7101** | | | Goods and Services | | | | |
| **Bank of America** **455 N. 3rd St.** **Ste. 260** **Phoenix, AZ 85004** | | - | | | | | |
| | | | | | | | 11,579.64 |

Sheet no. __5___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,306.98

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**                                                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Barbaro Construction Co., Inc. 2453 S. Archer., Suite C Chicago, IL 60616 | X | - | | | X | | | 55,700.00 |
| Account No. | | | | Lawsuit- Mortgage Foreclosure 10 CH 28400 | | | | |
| Belmont Bank c/o Gomberg & Sharfman Ltd. 208 S. LaSalle Chicago, IL 60604 | X | - | | | | X | X | Unknown |
| Account No. 4305-7215-4642-6144 | | | | Goods and Services | | | | |
| Capital One 125 Wacker Dr., Ste. 400 Chicago, IL 60606 | | - | | | | | | 12,052.17 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Caterpillar Financial Services Corp P.O. Box 730669 Dallas, TX 75373-0669 | X | - | | | X | | | 21,063.52 |
| Account No. 051993185-152 | | | | Goods and Services | | | | |
| Chase Bank (Kohl's) 80 Minuteman Rd MA 01810-1008 | | W | | | | | | 722.48 |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                89,538.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4266-8410-1576-6478** <br><br> **Chase Bank USA** <br> **PO Box 659409** <br> **San Antonio, TX 78265** | | - | | **Goods and Services** | | | | **10,009.52** |
| Account No. **5418-2218-2557-9177** <br><br> **Chase Bank USA** <br> **PO Box 659409** <br> **San Antonio, TX 78265** | | - | | **Goods and Services** | | | | **8,149.54** |
| Account No. **4640182031851878** <br><br> **Chase Bank USA** <br> **PO Box 659409** <br> **San Antonio, TX 78265** | | - | | **Goods and Services** | | | | **4,944.74** |
| Account No. <br><br> **Chase Home Finance** <br> **P.O. Box 24696** <br> **Columbus, OH 43224** | X | - | | **Lawsuit- Mortgage Forecloisure (Contingent Corp. Obligation)** <br> **08 CH 28805** | X | X | X | **Unknown** |
| Account No. <br><br> **Chicago Carpet Center, Inc.** <br> **1550 W. PERSHING ROAD** <br> **P. O. BOX 09730** <br> **Chicago, IL 60608** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **1,250.00** |

Sheet no. __7__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **24,353.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lawsuit- Mortgage Foreclosure   10 CH 09237 | | | | |
| **Chicago Community Bank** **c/o  MARTIN & KARCAZES LTD** **161 N.CLARK ST. SUITE 550** **Chicago, IL 60601** | | - | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Lawsuit- Mortgage Foreclosure  09 CH 47952 | | | | |
| **Chicago Community Bank** **c/o MARTIN & KARCAZES LTD** **161 N.CLARK ST. SUITE 550** **Chicago, IL 60601** | | - | | | | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Chicago Messenger Service** **1600 S. Ashland Ave.** **Chicago, IL 60608-2013** | X | - | | | X | | | |
| | | | | | | | | **41.74** |
| Account No. 2500042655-000 | | | | Guarantor on deficiency from repossession of 2007 Jeep | | | | |
| **Chrysler Financial Services** **PO Box 9001888** **Louisville, KY 40290** | X | - | | | | X | X | |
| | | | | | | | | **11,708.04** |
| Account No. 6011-6443-1549-5795 | | | | Goods and Services | | | | |
| **Citibank (Children's Place)** **P.O. Box 2695** **Waterloo, IA 50704-2695** | | W | | | | | | |
| | | | | | | | | **389.52** |

Sheet no. __8___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,139.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli** _____,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Citation # S000287515**<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | X | - | **Corporate Obligation** | X | | | 340.50 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | | - | **Lawsuit- Municiple Code Violation (Contingent Corp. Obligation)   09 BS 1037A** | X | X | X | 1,040.00 |
| Account No.<br><br>**City of Chicago**<br>**Department of Buildings**<br>**120 North Rachine Ave**<br>**Chicago, IL 60607** | | - | **Lawsuit/Administrative Complaint (Contingent Corporate Obligation) 508T0190723** | X | X | X | Unknown |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | | - | **Collection   (Contingent Corporate Obligation) BSW 0305948** | X | | X | 1,070.45 |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** | | - | **Violations and fees (Contingent Corporate Obligation)** | X | | | 1,643.43 |

Sheet no. __**9**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,094.38

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                    ,          Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Violations (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | | | X | | 15,929.00 |
| Account No. | | | | Fines and Violations | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | | | X | | 390.00 |
| Account No. | | | | Environmental Tickets (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | | | X | | 1,340.00 |
| Account No. | | | | Violations (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | | | X | | 1,540.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| City of Chicago Business Affairs 121 North LaSalle St. Room 800 Chicago, IL 60602 | - | | | | | X | | 125.00 |

Sheet no. __10__ of __35__ sheets attached to Schedule of          Subtotal          19,324.00
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**_____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Fines and Violations (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | | X | | | 100.00 |
| Account No. | | | | Tickets and violations (Contingent Corporate Obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | | X | | | 1,380.00 |
| Account No. | | | | Fines and Violations (Contingent corporate obligation) | | | | |
| City of Chicago Department of Revenue 121 North LaSalle St. Room 107 Chicago, IL 60602 | - | | | | X | | | 1,452.00 |
| Account No. 806668-615233 | | | | Services: 3742 S Halsted St, Chicago IL (Contingent Corporate Obligation) | | | | |
| City of Chicago- Water Management 333 S State Street Customer Service, Suite LL10 Chicago, IL 60602 | - | | | | X | | | 18.43 |
| Account No. 9756779093 | | | | Goods and Services | | | | |
| COM ED (CBCS) P.O. Box 69 Columbus, OH 43216 | J | | | | | | | 510.02 |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **3,460.45**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Commonwealth Edison Company**<br>**c/o COMMONWEALTH EDISON CLAIM**<br>**THREE LINCOLN CENTER**<br>**Villa Park, IL 60181** | X | - | | **Breach of Contract    (Contingent Corporate Obligation)  09 M1 112085** | X | X | X | 28,373.12 |
| Account No.<br><br>**Commraider**<br>**c/o ADLER ARTHUR B & ASSOC**<br>**25 E WASHINGTON #500**<br>**Chicago, IL 60602** | X | - | | **Lawsuit- Breach of Contract    (Contingent Corporate Obligation)   10 M1 131297** | X | X | X | 2,914.17 |
| Account No.<br><br>**CommRaider**<br>**9701 S. Keen Ave**<br>**Palos Hills, IL 60465** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 2,914.77 |
| Account No.<br><br>**Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 63,796.80 |
| Account No.<br><br>**Contractors Access Equipment**<br>**2222 South Halsted St.**<br>**Chicago, IL 60608** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,450.00 |

Sheet no. __12__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **99,448.86**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **447962180137162**<br><br>**Credit One Bank**<br>**P.O. Box 60500**<br>**City of Industry, CA 91716-0500** | | - | | **Goods and Services** | | | | 427.33 |
| Account No.<br><br>**D&M Rolloff Inc.**<br>**P.O. Box 95335**<br>**Palatine, IL 60095** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,780.00 |
| Account No.<br><br>**DeBat Media**<br>**P.O. Box 578309**<br>**Chicago, IL 60657-8309** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | 1,500.00 |
| Account No. **6011-0074-1007-6680**<br><br>**Discover Card**<br>**PO Box 93596**<br>**Cleveland, OH 44101** | | - | | **Goods and Services** | | | | 11,853.56 |
| Account No.<br><br>**Eddie's Welding Equipment**<br>**2719 Fifth Street, Unit J**<br>**Stafford, TX 77477** | X | - | | **Goods and Services (Contingent Corporate Obligation)** | X | | | 711.16 |

Sheet no. __**13**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 16,272.05 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Everlights** 231267 Momentum Place Chicago, IL 60689-5311 | X | - | | | | X | | | 2,583.29 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Exodus** 6659 Sturbridge PL. Youngstown, OH 44514 | X | - | | | | X | | | 10,503.09 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Extreme Guard & K-9 Security, Inc.** 2925 225th Street Chicago Heights, IL 60411 | X | - | | | | X | | | 5,500.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **First Insurance Funding** 8075 Innovation Way Chicago, IL 60682 | | - | | | | X | | | 12,131.70 |
| Account No. 4418-4092-3086-1800 | | | | | Goods and Services | | | | |
| **Firstbank Card** P.O. Box 2951 Omaha, NE 68103-2951 | | W | | | | | | | 10,190.84 |

Sheet no. __14__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,908.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                                    ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Frontier Hauling LLC** P.O. Box 190815 Saint Louis, MO 63119 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 424.50 |
| Account No. **4479-9516-1008-0523** **GE Money Bank (Old Navy)** 1100 US Bank Plaza 200 South 6th St. Minneapolis, MN 55402 | | - | Goods and Services | | | | 5,062.30 |
| Account No. **Genesis Attachments LLC** 24124 Network Place Chicago, IL 60673-1241 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,589.82 |
| Account No. **RAM0002** **Genesis Attachments, LLC** 24124 Network Place Chicago, IL 60673 | X | - | Goods and Services | | | | 283.33 |
| Account No. **Great Lakes Equipment Co.** P.O. Box 1331 Elmhurst, IL 60126-8331 | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,440.60 |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,800.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Green Investment Group, Inc**<br>**c/o Edward Eshoo**<br>**500 N Dearborn Ste 1200**<br>**Chicago, IL 60654** | X | | Lawsuit- Breach of Contract   (Contingent Corporate Obligation)   10 L 00850 (Madison County) | X | X | X | 50,001.00 |
| Account No.<br><br>**Helders Motor Service Co.**<br>**3201 S. Kostner Ave**<br>**Chicago, IL 60623** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 3,828.50 |
| Account No.<br><br>**Helson's Garage Door Store, Ltd.**<br>**5737 S. Harlem Ave**<br>**Chicago, IL 60638** | X | J | Goods and Service (Contingent Corporate Obligation) | X | | | 543.00 |
| Account No.<br><br>**Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 22.98 |
| Account No.<br><br>**Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** | X | - | Goods and Service (Contingent Corporate Obligation) | X | | | 1,253.85 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,649.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonetta Passarelli**                                                          ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **Hertz Equipment Rental Corporation** P.O. Box 650280 Dallas, TX 75265-0280 | X | - | | Equipment rental (Contingent Corporate Obligation) | | | | 10,000.00 |
| Account No.  **Holiday Inn** 3800 Homer Adams Parkway Alton, IL 62002 | X | - | | Goods and Service (Contingent Corporate Obligation) | | X | | 5,087.58 |
| Account No.  **Hydraulic Design & Repair** 110 S. Broad Street Griffith, IN 46319 | X | - | | Goods and Service (Contingent Corporate Obligation) | | X | | 25.00 |
| Account No.  **Ice Mountain** P.O. Box 52214 Phoenix, AZ 85072-2214 | X | - | | Goods and Service (Contingent Corporate Obligation) | | X | | 5.05 |
| Account No.  **Ice Mountain** P.O. Box 52214 Phoenix, AZ 85072-2214 | X | - | | Goods and Service (Contingent Corporate Obligation) | | X | | 15.70 |

Sheet no. __17__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,133.33

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**                                      ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Ice Mountain** **P.O. Box 52214** **Phoenix, AZ 85072-2214** | X | - | | | X | | | |
| | | | | | | | | 94.64 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Ice Mountain** **P.O. Box 52214** **Phoenix, AZ 85072-2214** | X | - | | | X | | | |
| | | | | | | | | 148.05 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Illinois American Water** **PO Box 94551** **Palatine, IL 60094-4551** | X | - | | | X | | | |
| | | | | | | | | 1,519.81 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Illinois Tollway** **P.O. Box 5201** **Lisle, IL 60532-5201** | | - | | | | | | |
| | | | | | | | | 259.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Ilmo Products Company** **PO Box 790** **Jacksonville, IL 62651-0790** | X | - | | | X | | | |
| | | | | | | | | 993.56 |

| | | | |
|---|---|---|---|
| Sheet no. __18__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal (Total of this page) | 3,015.06 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonetta Passarelli**                                    ,          Case No. _____

_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| J.L. Nash Enterprises Inc.<br>PO Box 130<br>Jerseyville, IL 62052 | X | - | | X | | | 4,280.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| John Heating Inc.<br>2940 S Wentworth<br>Chicago, IL 60616 | X | - | | X | | | 5,000.00 |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| John's Heating, Inc<br>2940 S. Wentworth<br>Chicago, IL 60616-2715 | X | - | | X | | | 18,000.00 |
| Account No. | | | Lawsuit- Mechanic Lien/Foreclosure (Contingent Corporate Obligation)<br>09 CH 08530 | | | | |
| K&G Services, LTD<br>c/o RIECK & CROTTY P C<br>55 W MONROE<br>Chicago, IL 60603 | X | - | | X | X | X | Unknown |
| Account No. | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Kostova Properties<br>3224 Locust #555<br>Saint Louis, MO 63103 | X | - | | X | | | 1,845.00 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,125.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonetta Passarelli**                                                    ,  Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kuhn Equipment**<br>**1050 Drop Off Drive**<br>**Summerville, SC 29483** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 54,407.22 |
| Account No.<br><br>**Kuhn Equipment Sales Co, Inc**<br>**c/o EMALFARB SWAN & BAIN**<br>**440 CENTRAL AV.**<br>**Highland Park, IL 60035** | X | - | **Lawsuit- Mechanic Lien    10 CH 28883** | | | | 649,333.36 |
| Account No.<br><br>**Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** | X | - | **Lawsuit- Breach of Contract  (Contingent Corporate Obligation)   09 cv 5081** | X | | X | 28,976.24 |
| Account No.<br><br>**Landstar Inway, Inc.**<br>**12793 Collections Ctr Dr**<br>**Chicago, IL 60693** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | 3,800.00 |
| Account No.<br><br>**Laughhill Construction, LLC**<br>**c/o Daley & George, LTD**<br>**20 S. Clark St #400**<br>**Chicago, IL 60603** | X | - | **Lawsuit- Mechanics Lien 09 CH 13716** | | X | X | 418,000.00 |

Sheet no. __20__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,154,516.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lee Mechanical Contractors**<br>**P.O. Box 663**<br>**Park Hills, MO 63601** | X | - | **Goods and Service (Contingent Corporate Obligation)** | X | | | **8,153.62** |
| Account No.<br><br>**Local 150**<br>**6200 Joliet Road**<br>**Countryside, IL 60525** | | - | **Previous Payment Agreement (Contingent Corporate Obligation)** | X | | | **Unknown** |
| Account No.<br><br>**Local 150:Pension, Welfare & Fringe**<br>**6200 Joliet Road**<br>**Countryside, IL 60525** | X | - | **Union Dues (Contingent Corporate Obligation)** | X | | | **44,636.77** |
| Account No.<br><br>**Local 520:Pension, Welfare & Fringe**<br>**520 Engineers Road**<br>**Granite City, IL 62040** | X | - | **Union Dues (Contingent Corporate Obligation)** | | | | **29,472.07** |
| Account No.<br><br>**Lou-Bob Oil Company**<br>**c/o POPUCH STEVEN L**<br>**650 N DEARBORN#750**<br>**Chicago, IL 60610** | X | - | **Lawsuit- Breach of Contract   09 M1 108181 (Contingent Corporate Obligation)** | | X | X | **4,255.75** |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**86,518.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonetta Passarelli**                                                                    ,                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Services (Contingent Corporate Obligation) | | | | |
| Master Fence 3745 Cooper Place Crete, IL 60417 | X | - | | | X | | | |
| | | | | | | | | 450.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| McAllister Equipment Co. 12500 S Cicero Ave Alsip, IL 60803 | X | - | | | X | | | |
| | | | | | | | | 1,830.71 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| McAllister Equipment Co. 12500 S Cicero Ave Alsip, IL 60803 | X | - | | | X | | | |
| | | | | | | | | 253.90 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Metro Fence Company 3617 West 83rd Street Chicago, IL 60652 | X | - | | | X | | | |
| | | | | | | | | 686.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Metro Fence Company 3617 West 83rd Street Chicago, IL 60652 | X | - | | | X | | | |
| | | | | | | | | 200.00 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,420.61

B6F (Official Form 6F) (12/07) - Cont.

In re     **Antonetta Passarelli**                                                        ,     Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **1,629.00** |
| Account No.<br><br>**Midwest Material Mgt**<br>**566 Rock Road Drive, Unit 1**<br>**Dundee, IL 60118** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **73,800.00** |
| Account No. **11 CV 4415**<br><br>**Midwest Operating Engineers Welfare Fund c/o Local 150 Legal Dept**<br>**6140 Joliet Rd**<br>**Countryside, IL 60525** | X | J | | **Lawsuit- Breach of Contract**<br>**US District Court**<br>**NDIL- Eastern Division** | | X | X | **Unknown** |
| Account No.<br><br>**Morningfields**<br>**800 W Devon**<br>**Park Ridge, IL 60068** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **189.72** |
| Account No.<br><br>**NAI Hiffman**<br>**Attention: Douglas Mueller**<br>**One Oakbrook Terrace, Suite 600**<br>**Oak Brook Terrace, IL 60181** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | X | | | **39,845.26** |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**115,463.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonetta Passarelli**                                          ,      Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| NCCI- Illinois 1374 Vos Court Antioch, IL 60002-2746 | X | - | | | X | | | |
| | | | | | | | | 1,165.00 |
| Account No. | | | | Tickets and violations (Contingent Corporate obligation) | | | | |
| Office of Circuit Court Clerk Judicial Office Facility 505 County Farm Road Wheaton, IL 60187 | X | - | | | X | | | |
| | | | | | | | | 1,870.00 |
| Account No. 5155-9900-446-3547 | | | | Goods and Services | | | | |
| Orchard Bank P.O. Box 17051 Baltimore, MD 21297-1051 | | W | | | | | | |
| | | | | | | | | 445.99 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Osco Fuel P.O. box 70 Lemont, IL 60439-0070 | X | - | | | X | | | |
| | | | | | | | | 72.63 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Osco Incorporated 13351 Main Street Lemont, IL 60439 | | - | | | X | | | |
| | | | | | | | | 379.98 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 3,933.60 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonetta Passarelli**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Patten Industries 635 W Lake Street Elmhurst, IL 60126-1465 | X | - | | | X | | | 35,243.81 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Paul Woznicki, L.L.C. 221 N. LaSalle Street, 38th Floor Chicago, IL 60601 | X | - | | | X | | | 2,000.00 |
| Account No. | | | | Contingent Corporate Obligation | | | | |
| PFS Wright LLC Stahl's Fund, Attn: Jeffrey J Stahl 55 W. Monroe St, Ste. 1200 Chicago, IL 60603 | X | - | | | X | | | 150,000.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Pirtek 1916 Woodson Road Saint Louis, MO 63114 | X | - | | | X | | | 6,937.17 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Pit Stop 2351 Powis Road West Chicago, IL 60185 | X | - | | | X | | | 3,527.14 |

Sheet no. __25__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     197,708.12

B6F (Official Form 6F) (12/07) - Cont.

In re __Antonetta Passarelli_____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Pitney Bowes Equipment Lease-Mail Machines PO Box 856390 Louisville, KY 40285 | X | - | | | | X | | | 115.39 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Pitney Bowes Equipment Lease-Mail Machines PO Box 856390 Louisville, KY 40285 | X | - | | | | X | | | 825.93 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Plante & Moran, PLLC 225 W. Washington Street Suite 2700 Chicago, IL 60606 | | - | | | | X | | | 1,000.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Premium Trust Acct. P.O. Box 740042 Atlanta, GA 30374-0042 | X | - | | | | X | | | 20,894.20 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Professional Ins. Services 3525 W. Peterson Ave Ste 601 Chicago, IL 60659-9954 | X | - | | | | X | | | 4,923.00 |

Sheet no. __26__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,758.52

B6F (Official Form 6F) (12/07) - Cont.

In re __Antonetta Passarelli__ , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Progressive Insurance PO Box 30108 Tampa, FL 33630-3108 | X | - | | | | X | | | 402.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Progressive Insurance PO Box 30108 Tampa, FL 33630-3108 | | - | | | | X | | | 685.50 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Purchase Power PO BOX 856042 Louisville, KY 40285-6042 | X | - | | | | X | | | 208.99 |
| Account No. | | | | | Lawsuit- Premises Liability 08 L 012456 | | | | |
| Ramone L Davis c/o KAVATHAS & CASTANES 33 N DEARBORN Chicago, IL 60602 | | - | | | | | X | X | 50,001.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Rapid Recovery -CHI 8971 W. Bloomfield Road Peoria, AZ 85381 | X | - | | | | X | | | 3,823.00 |

Sheet no. __27__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 55,120.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Rex Radiator** **1440 West 38th Street** **Chicago, IL 60609-2114** | X | - | | | X | | | |
| | | | | | | | | 2,800.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Ricoh Americas Corporation** **Lease Administration** **1000 Omega Dr Ste 1170** **Pittsburgh, PA 15250-7992** | X | - | | | X | | | |
| | | | | | | | | 1,931.09 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Roland Machinery Co.** **NW 7899, P.O. Box 1450** **Minneapolis, MN 55485-7899** | X | - | | | X | | | |
| | | | | | | | | 959.89 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Rose Pest Solutions** **1809 W. North Ave** **Chicago, IL 60622-1307** | X | - | | | X | | | |
| | | | | | | | | 302.51 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **RSI Recyling Systems, Inc.** **3152 S California** **Chicago, IL 60609** | X | - | | | X | | | |
| | | | | | | | | 8,662.48 |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,655.97

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                                          ,      Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Ryan Harris** **9 Townsquare Blvd.** **Columbiana, OH 44408** | X | - | | | | X | | | 750.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Sargents Equipment & Repair Service** **P.O. Box 2387** **Palatine, IL 60067** | X | - | | | | X | | | 555.09 |
| Account No. | | | | | Fees (Contingent Corporate Obligation) | | | | |
| **Secretary of State** **213 State Capitol** **Springfield, IL 62756** | | - | | | | X | | | 500.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Smyth Accounting & Financial** **977 Elm Ct.** **Naperville, IL 60540** | X | - | | | | X | | | 9,475.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Southside Fuel Center Plus, Inc** **970 West Pershing** **Chicago, IL 60609** | X | - | | | | X | | | 2,824.85 |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,104.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonetta Passarelli**                                                    ,    Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Southside Fuel Center Plus, Inc 970 West Pershing Chicago, IL 60609** | X | - | | | | X | | | 21,757.44 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Stahl Cowen Crowley LLC 55 West Monroe Street Suite 1200 Chicago, IL 60603** | X | - | | | | X | | | 5,642.75 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Staples Dept.00-05063938 The Lakes, NV 88901-6721** | X | - | | | | X | | | 603.20 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **State Farm P.O. Box 680001 Dallas, TX 75368** | X | - | | | | X | | | 1,290.00 |
| Account No. | | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Stealth Security 736 Burnham Avenue Calumet City, IL 60409** | | - | | | | X | | | 197.88 |

| Sheet no. **30** of **35** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal (Total of this page) | 29,491.27 |
|---|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __Antonetta Passarelli_____ ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Stepp Equipment 5400 Stepp Drive Summit Argo, IL 60501 | | - | | | X | | | |
| | | | | | | | | 1,739.13 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Technology Insurance Company P.O. Box 740042 Atlanta, GA 30374-0042 | X | - | | | X | | | |
| | | | | | | | | 1,162.00 |
| Account No. | | | | Breach of Contract   (Contingent Corporate Obligation)   09 cv 4491 | | | | |
| Terrence J Hancock c/o DOWD, BLOCH & BENNETT 8 South Michigan Avenue, 19th Floor Chicago, IL 60603 | | - | | | X | | X | |
| | | | | | | | | 16,829.97 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| The Dust Connection 42358 46th Street Lawrence, MI 49064 | X | - | | | X | | | |
| | | | | | | | | 1,410.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| The Security Professionals, Inc. 5650 S. Archer Avenue Chicago, IL 60638 | X | - | | | X | | | |
| | | | | | | | | 1,500.16 |

Sheet no. _31_ of _35_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,641.26

B6F (Official Form 6F) (12/07) - Cont.

In re  __Antonetta Passarelli_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Thoesen Tractor & Equipment Co 3142 Lincoln Highway Chicago Heights, IL 60411-7728 | X | - | | | X | | | 37,846.94 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Thompson Rental 21 W 550 North Ave Lombard, IL 60148 | X | - | | | X | | | 1,783.40 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Total Alpha Enviromental 5 Pembroke Ct. Bloomingdale, IL 60108 | X | - | | | X | | | 1,000.00 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| Truck Tire Sales, Inc. 426 West Pershing Road Chicago, IL 60609 | | - | | | X | | | 1,283.46 |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| United Rent-A-Fence 1213 Capitol Dr. #6 Addison, IL 60101 | X | - | | | X | | | 296.00 |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,209.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Antonetta Passarelli**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Vacant Property Security**<br>**329 West 18th Street, Suite 714**<br>**Chicago, IL 60616** | | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 1,653.60 |
| Account No.<br><br>**Vacant Property Security**<br>**329 West 18th Street, Suite 714**<br>**Chicago, IL 60616** | | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 742.50 |
| Account No.<br><br>**Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | X | - | | **Goods and Service (Contingent Corporate Obligation)** | | X | | 561.03 |
| Account No.<br><br>**Volvo Financial Services**<br>**c/o ULMER & BERNE LLP**<br>**500 W MADISON #3600**<br>**Chicago, IL 60661** | | - | | **Lawsuit- Breach of Contract   10 L 004786** | | X | X | 83,576.12 |
| Account No.<br><br>**Volvo Financial Services**<br>**P.O.Box 7247-0236**<br>**Philadelphia, PA 19170-0236** | | - | | **Debt Service on equipment (Contingent Corporate Obligation)** | | X | | 7,088.10 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93,621.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonetta Passarelli**                                                                    ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 8580024706  **Wells Fargo Bank 800 Walnut St. Des Moines, IA 50309** | | - | | Goods and Services | | | | 5,153.83 |
| Account No.  **Wight Construction 2500 North Frontage Road Darien, IL 60561** | X | - | | Fees (Contingent Corporate Obligation) | X | | | 25.00 |
| Account No.  **William Burns 5256 S Paulina Chicago, IL 60609** | X | - | | Reinbursement (Contingent Corporate Obligation) | X | | | 1,150.07 |
| Account No.  **Windy City Heavy Equipment 12500 S. Cicero Ave. Alsip, IL 60803** | | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,798.30 |
| Account No.  **Wisco PO Box 88666 Chicago, IL 60680-1666** | X | - | | Goods and Service (Contingent Corporate Obligation) | X | | | 1,358.59 |

Sheet no. __34__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,485.79

B6F (Official Form 6F) (12/07) - Cont.

In re __Antonetta Passarelli_____,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Goods and Service (Contingent Corporate Obligation) | | | | |
| **Zimmerman Trucking & Excavating** **4603 Hedge Road** **Roxana, IL 62084** | X | - | | | X | | | |
| | | | | | | | | **1,698.75** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **1,698.75** |
| Total (Report on Summary of Schedules) | | **2,416,854.18** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Antonetta Passarelli**                                              ,   Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **Antonetta Passarelli**                                            ,       Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **DeBat Media**<br>**P.O. Box 578309**<br>**Chicago, IL 60657-8309** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Extreme Guard & K-9 Security, Inc.**<br>**2925 225th Street**<br>**Chicago Heights, IL 60411** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Helson's Garage Door Store, Ltd.**<br>**5737 S. Harlem Ave**<br>**Chicago, IL 60638** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment Sales Co, Inc**<br>**c/o EMALFARB SWAN & BAIN**<br>**440 CENTRAL AV.**<br>**Highland Park, IL 60035** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Master Fence**<br>**3745 Cooper Place**<br>**Crete, IL 60417** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Metro Fence Company**<br>**3617 West 83rd Street**<br>**Chicago, IL 60652** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **NAI Hiffman**<br>**Attention: Douglas Mueller**<br>**One Oakbrook Terrace, Suite 600**<br>**Oak Brook Terrace, IL 60181** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **51st Place Enterprises, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Total Alpha Enviromental**<br>**5 Pembroke Ct.**<br>**Bloomingdale, IL 60108** |

**11**
____ continuation sheets attached to Schedule of Codebtors

In re   **Antonetta Passarelli**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **969 Land, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **K&G Services, LTD**<br>**c/o RIECK & CROTTY P C**<br>**55 W MONROE**<br>**Chicago, IL 60603** |
| **969 Land, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Laughhill Construction, LLC**<br>**c/o Daley & George, LTD**<br>**20 S. Clark St #400**<br>**Chicago, IL 60603** |
| **ACME Refining Company**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **AGM Holdings, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Green Investment Group, Inc**<br>**c/o Edward Eshoo**<br>**500 N Dearborn Ste 1200**<br>**Chicago, IL 60654** |
| **Alton Recovery LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Chase Home Finance**<br>**P.O. Box 24696**<br>**Columbus, OH 43224** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Belmont Bank**<br>**c/o Gomberg & Sharfman Ltd.**<br>**208 S. LaSalle**<br>**Chicago, IL 60604** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **PFS Wright LLC**<br>**Stahl's Fund, Attn: Jeffrey J Stahl**<br>**55 W. Monroe St, Ste. 1200**<br>**Chicago, IL 60603** |
| **Angela DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Midwest Operating Engineers Welfare**<br>**Fund c/o Local 150 Legal Dept**<br>**6140 Joliet Rd**<br>**Countryside, IL 60525** |
| **Anthony DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **Chase Home Finance**<br>**P.O. Box 24696**<br>**Columbus, OH 43224** |

Sheet   **1**   of   **11**   continuation sheets attached to the Schedule of Codebtors

In re   **Antonetta Passarelli**                      ,      Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anthony DeGrazia**<br>**523 W 25th Place**<br>**Chicago, IL 60616** | **PFS Wright LLC**<br>**Stahl's Fund, Attn: Jeffrey J Stahl**<br>**55 W. Monroe St, Ste. 1200**<br>**Chicago, IL 60603** |
| **ARM Leasing**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Caterpillar Financial Services Corp**<br>**P.O. Box 730669**<br>**Dallas, TX 75373-0669** |
| **ARM Leasing**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **Michael Passarelli**<br>**256 W 33rd Street**<br>**Chicago, IL 60616** | **Chase Home Finance**<br>**P.O. Box 24696**<br>**Columbus, OH 43224** |
| **Michael Passarelli**<br>**256 W 33rd Street**<br>**Chicago, IL 60616** | **Chrysler Financial Services**<br>**PO Box 9001888**<br>**Louisville, KY 40290** |
| **Michael Passarelli**<br>**256 W 33rd Street**<br>**Chicago, IL 60616** | **PFS Wright LLC**<br>**Stahl's Fund, Attn: Jeffrey J Stahl**<br>**55 W. Monroe St, Ste. 1200**<br>**Chicago, IL 60603** |
| **Michael Passarelli**<br>**256 W 33rd Street**<br>**Chicago, IL 60616** | **Belmont Bank**<br>**c/o Gomberg & Sharfman Ltd.**<br>**208 S. LaSalle**<br>**Chicago, IL 60604** |
| **Michael Passarelli**<br>**256 W 33rd Street**<br>**Chicago, IL 60616** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Accurate Computer Consulting, Inc.**<br>**1 Old Oak Trail**<br>**Palos Heights, IL 60463** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Accurate Computer Consulting, Inc.**<br>**1 Old Oak Trail**<br>**Palos Heights, IL 60463** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Acton Mobile Industries**<br>**P.O. Box 758689**<br>**Baltimore, MD 21275-8689** |

Sheet  <u>**2**</u>  of  <u>**11**</u>  continuation sheets attached to the Schedule of Codebtors

In re    **Antonetta Passarelli**                                    Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AEW**<br>**558 W 37th St. PMB 300**<br>**Chicago, IL 60609** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Airgas Mid America**<br>**PO Box 802615**<br>**Chicago, IL 60680-2615** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alliance Environmental Control**<br>**P.O. Box 5230**<br>**Chicago, IL 60616** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alliance Environmental Control**<br>**P.O. Box 5230**<br>**Chicago, IL 60616** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alliance Environmental Control**<br>**P.O. Box 5230**<br>**Chicago, IL 60616** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Alpha Environmental**<br>**5 Pembroke Circle**<br>**Streamwood, IL 60107** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **American Truck Products & Asses.**<br>**P.O. Box 701**<br>**Chicago Heights, IL 60412** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Amerisafe**<br>**3990 Enterprise Court**<br>**Aurora, IL 60504** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Amor Perez**<br>**9419 Southmoor Ave Apt. 17**<br>**Highland, IN 46322** |

Sheet __3__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re   **Antonetta Passarelli**                                            ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **B & R Welding Company**<br>**375 E. 60th Street**<br>**Chicago, IL 60637** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Barbaro Construction Co., Inc.**<br>**2453 S. Archer., Suite C**<br>**Chicago, IL 60616** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Carpet Center, Inc.**<br>**1550 W. PERSHING ROAD**<br>**P. O. BOX 09730**<br>**Chicago, IL 60608** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Chicago Messenger Service**<br>**1600 S. Ashland Ave.**<br>**Chicago, IL 60608-2013** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **City of Chicago**<br>**Department of Revenue**<br>**121 North LaSalle St. Room 107**<br>**Chicago, IL 60602** |

Sheet __4__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Antonetta Passarelli**_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Commonwealth Edison Company**<br>**c/o COMMONWEALTH EDISON CLAIM**<br>**THREE LINCOLN CENTER**<br>**Villa Park, IL 60181** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Commraider**<br>**c/o ADLER ARTHUR B & ASSOC**<br>**25 E WASHINGTON #500**<br>**Chicago, IL 60602** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **CommRaider**<br>**9701 S. Keen Ave**<br>**Palos Hills, IL 60465** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Continental Disposal, LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Contractors Access Equipment**<br>**2222 South Halsted St.**<br>**Chicago, IL 60608** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **D&M Rolloff Inc.**<br>**P.O. Box 95335**<br>**Palatine, IL 60095** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Eddie's Welding Equipment**<br>**2719 Fifth Street, Unit J**<br>**Stafford, TX 77477** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Everlights**<br>**231267 Momentum Place**<br>**Chicago, IL 60689-5311** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Exodus**<br>**6659 Sturbridge PL.**<br>**Youngstown, OH 44514** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Frontier Hauling LLC**<br>**P.O. Box 190815**<br>**Saint Louis, MO 63119** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Genesis Attachments LLC**<br>**24124 Network Place**<br>**Chicago, IL 60673-1241** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Genesis Attachments, LLC**<br>**24124 Network Place**<br>**Chicago, IL 60673** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Great Lakes Equipment Co.**<br>**P.O. Box 1331**<br>**Elmhurst, IL 60126-8331** |

Sheet __5__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re   **Antonetta Passarelli**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Helders Motor Service Co.**<br>**3201 S. Kostner Ave**<br>**Chicago, IL 60623** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hertz Equipment Rental Corporation**<br>**P.O. Box 650280**<br>**Dallas, TX 75265-0280** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Holiday Inn**<br>**3800 Homer Adams Parkway**<br>**Alton, IL 62002** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Hydraulic Design & Repair**<br>**110 S. Broad Street**<br>**Griffith, IN 46319** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ice Mountain**<br>**P.O. Box 52214**<br>**Phoenix, AZ 85072-2214** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Illinois American Water**<br>**PO Box 94551**<br>**Palatine, IL 60094-4551** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ilmo Products Company**<br>**PO Box 790**<br>**Jacksonville, IL 62651-0790** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **J.L. Nash Enterprises Inc.**<br>**PO Box 130**<br>**Jerseyville, IL 62052** |

Sheet __**6**__ of __**11**__ continuation sheets attached to the Schedule of Codebtors

In re   **Antonetta Passarelli**                                                    ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **John Heating Inc.**<br>**2940 S Wentworth**<br>**Chicago, IL 60616** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **John's Heating, Inc**<br>**2940 S. Wentworth**<br>**Chicago, IL 60616-2715** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kostova Properties**<br>**3224 Locust #555**<br>**Saint Louis, MO 63103** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Kuhn Equipment**<br>**1050 Drop Off Drive**<br>**Summerville, SC 29483** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Landstar Inway, Inc.**<br>**12793 Collections Ctr Dr**<br>**Chicago, IL 60693** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lee Mechanical Contractors**<br>**P.O. Box 663**<br>**Park Hills, MO 63601** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Local 150:Pension, Welfare & Fringe**<br>**6200 Joliet Road**<br>**Countryside, IL 60525** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Local 520:Pension, Welfare & Fringe**<br>**520 Engineers Road**<br>**Granite City, IL 62040** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lou-Bob Oil Company**<br>**c/o POPUCH STEVEN L**<br>**650 N DEARBORN#750**<br>**Chicago, IL 60610** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **McAllister Equipment Co.**<br>**12500 S Cicero Ave**<br>**Alsip, IL 60803** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **McAllister Equipment Co.**<br>**12500 S Cicero Ave**<br>**Alsip, IL 60803** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Midwest Material Mgt**<br>**566 Rock Road Drive, Unit 1**<br>**Dundee, IL 60118** |

Sheet   **7**   of   **11**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

In re    **Antonetta Passarelli**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Morningfields**<br>**800 W Devon**<br>**Park Ridge, IL 60068** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **NCCI- Illinois**<br>**1374 Vos Court**<br>**Antioch, IL 60002-2746** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Office of Circuit Court Clerk**<br>**Judicial Office Facility**<br>**505 County Farm Road**<br>**Wheaton, IL 60187** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Osco Fuel**<br>**P.O. box 70**<br>**Lemont, IL 60439-0070** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Patten Industries**<br>**635 W Lake Street**<br>**Elmhurst, IL 60126-1465** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Paul Woznicki, L.L.C.**<br>**221 N. LaSalle Street, 38th Floor**<br>**Chicago, IL 60601** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pirtek**<br>**1916 Woodson Road**<br>**Saint Louis, MO 63114** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pit Stop**<br>**2351 Powis Road**<br>**West Chicago, IL 60185** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pitney Bowes**<br>**Equipment Lease-Mail Machines**<br>**PO Box 856390**<br>**Louisville, KY 40285** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Pitney Bowes**<br>**Equipment Lease-Mail Machines**<br>**PO Box 856390**<br>**Louisville, KY 40285** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Premium Trust Acct.**<br>**P.O. Box 740042**<br>**Atlanta, GA 30374-0042** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Professional Ins. Services**<br>**3525 W. Peterson Ave Ste 601**<br>**Chicago, IL 60659-9954** |

Sheet __8__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re   **Antonetta Passarelli**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Progressive Insurance**<br>**PO Box 30108**<br>**Tampa, FL 33630-3108** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Purchase Power**<br>**PO BOX 856042**<br>**Louisville, KY 40285-6042** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rapid Recovery -CHI**<br>**8971 W. Bloomfield Road**<br>**Peoria, AZ 85381** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rex Radiator**<br>**1440 West 38th Street**<br>**Chicago, IL 60609-2114** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ricoh Americas Corporation**<br>**Lease Administration**<br>**1000 Omega Dr Ste 1170**<br>**Pittsburgh, PA 15250-7992** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Roland Machinery Co.**<br>**NW 7899, P.O. Box 1450**<br>**Minneapolis, MN 55485-7899** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Rose Pest Solutions**<br>**1809 W. North Ave**<br>**Chicago, IL 60622-1307** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **RSI Recyling Systems, Inc.**<br>**3152 S California**<br>**Chicago, IL 60609** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Ryan Harris**<br>**9 Townsquare Blvd.**<br>**Columbiana, OH 44408** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Sargents Equipment & Repair Service**<br>**P.O. Box 2387**<br>**Palatine, IL 60067** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Smyth Accounting & Financial**<br>**977 Elm Ct.**<br>**Naperville, IL 60540** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Southside Fuel Center Plus, Inc**<br>**970 West Pershing**<br>**Chicago, IL 60609** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Southside Fuel Center Plus, Inc**<br>**970 West Pershing**<br>**Chicago, IL 60609** |

Sheet   __9__   of   __11__   continuation sheets attached to the Schedule of Codebtors

In re   **Antonetta Passarelli**                                    ,   Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS
#### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Stahl Cowen Crowley LLC**<br>**55 West Monroe Street**<br>**Suite 1200**<br>**Chicago, IL 60603** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Staples**<br>**Dept.00-05063938**<br>**The Lakes, NV 88901-6721** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **State Farm**<br>**P.O. Box 680001**<br>**Dallas, TX 75368** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Technology Insurance Company**<br>**P.O. Box 740042**<br>**Atlanta, GA 30374-0042** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Dust Connection**<br>**42358 46th Street**<br>**Lawrence, MI 49064** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **The Security Professionals, Inc.**<br>**5650 S. Archer Avenue**<br>**Chicago, IL 60638** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Thoesen Tractor & Equipment Co**<br>**3142 Lincoln Highway**<br>**Chicago Heights, IL 60411-7728** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Thompson Rental**<br>**21 W 550 North Ave**<br>**Lombard, IL 60148** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **United Rent-A-Fence**<br>**1213 Capitol Dr. #6**<br>**Addison, IL 60101** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wight Construction**<br>**2500 North Frontage Road**<br>**Darien, IL 60561** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **William Burns**<br>**5256 S Paulina**<br>**Chicago, IL 60609** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Wisco**<br>**PO Box 88666**<br>**Chicago, IL 60680-1666** |

Sheet __10__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Antonetta Passarelli**
_____,    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Zimmerman Trucking & Excavating**<br>**4603 Hedge Road**<br>**Roxana, IL 62084** |
| **RAM Management Services LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Midwest Operating Engineers Welfare**<br>**Fund c/o Local 150 Legal Dept**<br>**6140 Joliet Rd**<br>**Countryside, IL 60525** |
| **RMR Group**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Abatement Management, Inc**<br>**6990 State Route 111**<br>**South Roxana, IL 62087** |
| **Titan Wrecking & Environmental LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Laborer's Pension Fund**<br>**c/o Office of Fund Counsel**<br>**111 West Jackson Blvd. #1415**<br>**Chicago, IL 60604** |
| **Titan Wrecking & Environmental LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Lou-Bob Oil Company**<br>**c/o POPUCH STEVEN L**<br>**650 N DEARBORN#750**<br>**Chicago, IL 60610** |
| **Titan Wrecking & Environmental LLC**<br>**1300 W. Exchange**<br>**Chicago, IL 60609** | **Midwest Operating Engineers Welfare**<br>**Fund c/o Local 150 Legal Dept**<br>**6140 Joliet Rd**<br>**Countryside, IL 60525** |

Sheet __11__ of __11__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   Antonetta Passarelli                                                                     Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Son | AGE(S):<br>5<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Contractor | Accountant |
| Name of Employer | AGM Management, Inc. | |
| How long employed | 3 years | Unemployed |
| Address of Employer | 1300 W. Exchange<br>Chicago, IL 60609 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,028.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,028.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,028.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,028.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,028.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Antonetta Passarelli _____    Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,313.52 |
| a. Are real estate taxes included? | Yes ___  No  X | | |
| b. Is property insurance included? | Yes ___  No  X | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 400.00 |
| b. Water and sewer | | $ | 96.00 |
| c. Telephone | | $ | 150.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 200.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 350.00 |
| d. Auto | | $ | 92.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other  Second Mortgage | | $ | 813.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  Day Care | | $ | 500.00 |
| Other  School Supplies | | $ | 147.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,961.52 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 2,028.00 |
| b.  Average monthly expenses from Line 18 above | $ | 4,961.52 |
| c.  Monthly net income (a. minus b.) | $ | -2,933.52 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Antonetta Passarelli
                                                    Debtor(s)

Case No. _____

Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___60___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    September 30, 2011

Signature    /s/ Antonetta Passarelli

Antonetta Passarelli
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Antonetta Passarelli
_____
                                    Debtor(s)

Case No. _____

Chapter  7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2009 Wages |
| $0.00 | 2010 Wages |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $12,877.00 | 2009 Schedule E Income |

2

| AMOUNT | SOURCE |
|---|---|
| $3.00 | 2010 Interest Income |
| $2,964.00 | 2010 Schedule E Income |

---

**3. Payments to creditors**

None ■    *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Caterpillar Financial v ARM Leasing, Angela DeGrazia, Antonetta Passarelli, Michael Passarelli 11 L 050141 | Breach of Contract | Cook County, IL | Dismissed against Antonetta Passarelli & Angela DeGrazia |
| Belmont Bank v 51st Place Enterprises, LLC, Antonetta Passarelli, et al. 10 CH 28400 | Foreclosure | Cook County, Il | Pending |
| Commraider v RAM Management Services (Cont. Corp Obligation) 10 M1 131297 | Breach of Contract | Cook County, IL | UNKNOWN |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Green Investment Group, Inc. v AGM Holdings, LLC, et al. (Cont. Corp Obligation) 10 L 00850 | Breach of Contract | Cook County, IL | Pending *($50,001.00) |
| Kuhn Equipment Sales Co., Inc. v 51st Place Enterprises, Antonetta Passareli 10 CH 28883 | Mechanic Lien ($649,333.36) | Cook County, IL | Unknown |
| Laborer's Pension Fund et al. v RAM Manamgent, et al 09 cv 5081 | Breach of Contract | U.S. District Court, Northern District of Illinois, Eastern Division | Judgment ($28,976.24) |
| Laughill Construction, Inc v 969 Land LLC, et al. (Cont Corp Obligation) 09 CH 13716 | Mechanic Lien | Cook County, IL | Unknown |
| LOU-BOB Oil Company v RAM Management Services LLC, et al. (Cont Corp Obligation) 09 M1 108181 | Breach of Contract | Cook County, IL | Judgment ($4,255.75) |
| City of Chicago v Michael Passarelli, Antonetta Passarelli BSW 0305948 | Collection | Cook County, IL | Judgment ($1,070.45) |
| Abatement Management, Inc v RMR Group Inc, RAM Wrecking (Cont Corp Obligation) 09 CH 91 | Unknown | Madison County, IL | Pending |
| Midwest Operating Enginerrs Welfare Fund, et al. v RAM Management Services, LLC and Titan Wrecking & Environmental, LLC | Breach of Contract | United States District Court Northern District of Illinois Eastern Division | Pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wachovia Mortgage c/o Pierce & Assoc 1 N Dearborn, Ste 1800 Chicago, IL | December 2009 | 513 W. 42nd Street Chicago IL |

## 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CredAbility 270 Peachtree Street, NW Suite 1800 Atlanta, GA 30303 | September 2010 | $50.00 |
| Golan & Christie LLP 70 W. Madison Suite 1500 Chicago, IL 60602 | June 24, 2011 Josephine Saro, Mother | $1,000.00 |
| Golan & Christie LLP 70 W. Madison Suite 1500 Chicago, IL 60602 | August 30, 2011, Michael Passarelli, husband | $1,299.00 |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

5

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| SSP Holdings, LLC | 26-2796547 | 1300 W. Exchange Chicago, IL 60609 | Holding Company | 06/13/2008- 2011 |
| SSP Management, Inc. | 26-2796699 | 1300 W. Exchange Chicago, IL 60609 | Management Company | 06/10/08- 2011 |
| RAM Mgmt. Service LLC f/k/a Titan | 06-2910645 | Wrecking Environmental LLC 1300 W. Exchange Chicago, IL 60609 | Construction/Real Estate Management Company | 06/28/2008- 2010 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| ARM Leasing, LLC | 26-2910678 | 1300 W. Exchange Chicago, IL 60609 | Equipment Leasing Company | 06/26/2008- 2009 |
| AGM Management, Inc. | 26-2910323 | 1300 W. Exchange Chicago, IL 60609 | Construction/Real Estate Management Company | 06/25/2008- 2011 |
| AGM Holdings, LLC | 32-0257191 | 1300 W. Exchange Chicago, IL 60609 | Holding Company | 08/07/2008- 2011 |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                             ADDRESS


    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Deb Smyth 977 Elm Court Naperville, IL 60540 | Bookkeeper, 2004-Present |
| Scalise & Associates, Ltd. 3841 S. Emerald Chicago, IL 60609 | Accountant, 2007-Present |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                             ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                 DATE ISSUED

8

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

9

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  September 30, 2011                     Signature   /s/ Antonetta Passarelli
                                                         Antonetta Passarelli
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Antonetta Passarelli                      Case No.                          

                                     Debtor(s)             Chapter     7                 

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>33rd Street Investors, LLC | **Describe Property Securing Debt:**<br>Single Family Dwelling<br>256 W. 33rd Street<br>Chicago, IL 60616 |

Property will be (check one):

    ☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                      ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance | **Describe Property Securing Debt:**<br>Single Family Dwelling<br>256 W. 33rd Street<br>Chicago, IL 60616 |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   September 30, 2011                    Signature   /s/ Antonetta Passarelli
                                                         Antonetta Passarelli
                                                         Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   Antonetta Passarelli _____   Case No. _____

_____ Debtor(s)   Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,499.00 |
| Prior to the filing of this statement I have received | $ | 2,299.00 |
| Balance Due | $ | 200.00 |

2.  $ __299.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):      Josephine Sarro $1,200.00 (mother)
Michael Passarelli $1,299.00 (husband)

4.  The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   September 30, 2011 _____      /s/ Robert R. Benjamin _____
Robert R. Benjamin
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300   Fax: (312) 263-0939
rrbenjamin@golanchristie.com

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Antonetta Passarelli
_____   Case No. _____
                            Debtor(s)           Chapter   7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| Antonetta Passarelli | X  /s/ Antonetta Passarelli | September 30, 2011 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    Antonetta Passarelli _____    Case No. _____

_____ Debtor(s)    Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          154

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    September 30, 2011 _____    /s/ Antonetta Passarelli _____
                                                Antonetta Passarelli
                                                Signature of Debtor

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

.

33rd Street Investors, LLC
2914 South Princeton
Chicago, IL 60616


51st Place Enterprises, LLC
1300 W. Exchange
Chicago, IL 60609


969 Land, LLC
1300 W. Exchange
Chicago, IL 60609


Abatement Management, Inc
6990 State Route 111
South Roxana, IL 62087


Accurate Computer Consulting, Inc.
1 Old Oak Trail
Palos Heights, IL 60463


ACME Refining Company
1300 W. Exchange
Chicago, IL 60609


Acton Mobile Industries
P.O. Box 758689
Baltimore, MD 21275-8689


AEW
558 W 37th St. PMB 300
Chicago, IL 60609


AGM Holdings, LLC
1300 W. Exchange
Chicago, IL 60609


Airgas Mid America
PO Box 802615
Chicago, IL 60680-2615


Al Warren Oil Co.
P.O. Box 40
Summit Argo, IL 60501

Alliance Environmental Control
P.O. Box 5230
Chicago, IL 60616


Alpha Environmental
5 Pembroke Circle
Streamwood, IL 60107


Alton Recovery LLC
1300 W. Exchange
Chicago, IL 60609


American Truck Products & Asses.
P.O. Box 701
Chicago Heights, IL 60412


Amerisafe
3990 Enterprise Court
Aurora, IL 60504


Amor Perez
9419 Southmoor Ave Apt. 17
Highland, IN 46322


Angela DeGrazia
523 W 25th Place
Chicago, IL 60616


Anthony DeGrazia
523 W 25th Place
Chicago, IL 60616


ARM Leasing
1300 W. Exchange
Chicago, IL 60609


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


AT&T
PO Box 8100
Aurora, IL 60507-8100

B & H Industries
80 W. Seegers Rd.
Arlington Heights, IL 60005


B & R Welding Company
375 E. 60th Street
Chicago, IL 60637


Bank of America
455 N. 3rd St.
Ste. 260
Phoenix, AZ 85004


Barbaro Construction Co., Inc.
2453 S. Archer., Suite C
Chicago, IL 60616


Belmont Bank
c/o Gomberg & Sharfman Ltd.
208 S. LaSalle
Chicago, IL 60604


Capital One
125 Wacker Dr., Ste. 400
Chicago, IL 60606


Caterpillar Financial Services Corp
P.O. Box 730669
Dallas, TX 75373-0669


Chaet Kaplan Baim
30 N. LaSalle St. Ste 1520
Chicago, IL 60602


Chase Bank (Kohl's)
80 Minuteman Rd
MA 01810-1008


Chase Bank USA
PO Box 659409
San Antonio, TX 78265


Chase Home Finance
P.O. Box 24696
Columbus, OH 43224

Chicago Carpet Center, Inc.
1550 W. PERSHING ROAD
P. O. BOX 09730
Chicago, IL 60608


Chicago Community Bank
c/o  MARTIN & KARCAZES LTD
161 N.CLARK ST. SUITE 550
Chicago, IL 60601


Chicago Community Bank
c/o MARTIN & KARCAZES LTD
161 N.CLARK ST. SUITE 550
Chicago, IL 60601


Chicago Messenger Service
1600 S. Ashland Ave.
Chicago, IL 60608-2013


Chrysler Financial Services
PO Box 9001888
Louisville, KY 40290


Citibank (Children's Place)
P.O. Box 2695
Waterloo, IA 50704-2695


City of Chicago
Department of Revenue
121 North LaSalle St. Room 107
Chicago, IL 60602


City of Chicago
Department of Buildings
120 North Rachine Ave
Chicago, IL 60607


City of Chicago
Business Affairs
121 North LaSalle St. Room 800
Chicago, IL 60602


City of Chicago- Water Management
333 S State Street
Customer Service, Suite LL10
Chicago, IL 60602

COM ED (CBCS)
P.O. Box 69
Columbus, OH 43216


Commonwealth Edison Company
c/o COMMONWEALTH EDISON CLAIM
THREE LINCOLN CENTER
Villa Park, IL 60181


Commraider
c/o ADLER ARTHUR B & ASSOC
25 E WASHINGTON #500
Chicago, IL 60602


CommRaider
9701 S. Keen Ave
Palos Hills, IL 60465


Continental Disposal, LLC
1300 W. Exchange
Chicago, IL 60609


Contractors Access Equipment
2222 South Halsted St.
Chicago, IL 60608


Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500


D&M Rolloff Inc.
P.O. Box 95335
Palatine, IL 60095


DeBat Media
P.O. Box 578309
Chicago, IL 60657-8309


Discover Card
PO Box 93596
Cleveland, OH 44101


Eddie's Welding Equipment
2719 Fifth Street, Unit J
Stafford, TX 77477

Everlights
231267 Momentum Place
Chicago, IL 60689-5311

Exodus
6659 Sturbridge PL.
Youngstown, OH 44514

Extreme Guard & K-9 Security, Inc.
2925 225th Street
Chicago Heights, IL 60411

First Insurance Funding
8075 Innovation Way
Chicago, IL 60682

Firstbank Card
P.O. Box 2951
Omaha, NE 68103-2951

Frontier Hauling LLC
P.O. Box 190815
Saint Louis, MO 63119

GE Money Bank (Old Navy)
1100 US Bank Plaza
200 South 6th St.
Minneapolis, MN 55402

Genesis Attachments LLC
24124 Network Place
Chicago, IL 60673-1241

Genesis Attachments, LLC
24124 Network Place
Chicago, IL 60673

Great Lakes Equipment Co.
P.O. Box 1331
Elmhurst, IL 60126-8331

Green Investment Group, Inc
c/o Edward Eshoo
500 N Dearborn Ste 1200
Chicago, IL 60654

Helders Motor Service Co.
3201 S. Kostner Ave
Chicago, IL 60623


Helson's Garage Door Store, Ltd.
5737 S. Harlem Ave
Chicago, IL 60638


Hertz Equipment Rental Corporation
P.O. Box 650280
Dallas, TX 75265-0280


Holiday Inn
3800 Homer Adams Parkway
Alton, IL 62002


Hydraulic Design & Repair
110 S. Broad Street
Griffith, IN 46319


Ice Mountain
P.O. Box 52214
Phoenix, AZ 85072-2214


Illinois American Water
PO Box 94551
Palatine, IL 60094-4551


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201


Ilmo Products Company
PO Box 790
Jacksonville, IL 62651-0790


J.L. Nash Enterprises Inc.
PO Box 130
Jerseyville, IL 62052


John Heating Inc.
2940 S Wentworth
Chicago, IL 60616

John's Heating, Inc
2940 S. Wentworth
Chicago, IL 60616-2715


K&G Services, LTD
c/o RIECK & CROTTY P C
55 W MONROE
Chicago, IL 60603


Kostova Properties
3224 Locust #555
Saint Louis, MO 63103


Kuhn Equipment
1050 Drop Off Drive
Summerville, SC 29483


Kuhn Equipment Sales Co, Inc
c/o EMALFARB SWAN & BAIN
440 CENTRAL AV.
Highland Park, IL 60035


Laborer's Pension Fund
c/o Office of Fund Counsel
111 West Jackson Blvd. #1415
Chicago, IL 60604


Landstar Inway, Inc.
12793 Collections Ctr Dr
Chicago, IL 60693


Laughhill Construction, LLC
c/o Daley & George, LTD
20 S. Clark St #400
Chicago, IL 60603


Lee Mechanical Contractors
P.O. Box 663
Park Hills, MO 63601


Local 150
6200 Joliet Road
Countryside, IL 60525

Local 150:Pension, Welfare & Fringe
6200 Joliet Road
Countryside, IL 60525


Local 520:Pension, Welfare & Fringe
520 Engineers Road
Granite City, IL 62040


Lou-Bob Oil Company
c/o POPUCH STEVEN L
650 N DEARBORN#750
Chicago, IL 60610


Master Fence
3745 Cooper Place
Crete, IL 60417


McAllister Equipment Co.
12500 S Cicero Ave
Alsip, IL 60803


Metro Fence Company
3617 West 83rd Street
Chicago, IL 60652


Michael Passarelli
256 W 33rd Street
Chicago, IL 60616


Midwest Material Mgt
566 Rock Road Drive, Unit 1
Dundee, IL 60118


Midwest Operating Engineers Welfare
Fund c/o Local 150 Legal Dept
6140 Joliet Rd
Countryside, IL 60525


Morningfields
800 W Devon
Park Ridge, IL 60068

NAI Hiffman
Attention: Douglas Mueller
One Oakbrook Terrace, Suite 600
Oak Brook Terrace, IL 60181


National Bank of Omaha
644 W. Arlington Place
Chicago, IL 60614


NCCI- Illinois
1374 Vos Court
Antioch, IL 60002-2746


Office of Circuit Court Clerk
Judicial Office Facility
505 County Farm Road
Wheaton, IL 60187


Orchard Bank
P.O. Box 17051
Baltimore, MD 21297-1051


Osco Fuel
P.O. box 70
Lemont, IL 60439-0070


Osco Incorporated
13351 Main Street
Lemont, IL 60439


Patten Industries
635 W Lake Street
Elmhurst, IL 60126-1465


Paul Woznicki, L.L.C.
221 N. LaSalle Street, 38th Floor
Chicago, IL 60601


PFS Wright LLC
Stahl's Fund, Attn: Jeffrey J Stahl
55 W. Monroe St, Ste. 1200
Chicago, IL 60603

Pirtek
1916 Woodson Road
Saint Louis, MO 63114

Pit Stop
2351 Powis Road
West Chicago, IL 60185

Pitney Bowes
Equipment Lease-Mail Machines
PO Box 856390
Louisville, KY 40285

Plante & Moran, PLLC
225 W. Washington Street
Suite 2700
Chicago, IL 60606

Porfolio Recovery
P.O. Box 12914
Norfolk, VA 23541

Premium Trust Acct.
P.O. Box 740042
Atlanta, GA 30374-0042

Professional Ins. Services
3525 W. Peterson Ave Ste 601
Chicago, IL 60659-9954

Progressive Insurance
PO Box 30108
Tampa, FL 33630-3108

Purchase Power
PO BOX 856042
Louisville, KY 40285-6042

RAM Management Services LLC
1300 W. Exchange
Chicago, IL 60609

Ramone L Davis
c/o KAVATHAS & CASTANES
33 N DEARBORN
Chicago, IL 60602


Rapid Recovery -CHI
8971 W. Bloomfield Road
Peoria, AZ 85381


Rex Radiator
1440 West 38th Street
Chicago, IL 60609-2114


Ricoh Americas Corporation
Lease Administration
1000 Omega Dr Ste 1170
Pittsburgh, PA 15250-7992


RMR Group
1300 W. Exchange
Chicago, IL 60609


Roland Machinery Co.
NW 7899, P.O. Box 1450
Minneapolis, MN 55485-7899


Rose Pest Solutions
1809 W. North Ave
Chicago, IL 60622-1307


RSI Recyling Systems, Inc.
3152 S California
Chicago, IL 60609


Ryan Harris
9 Townsquare Blvd.
Columbiana, OH 44408


Sargents Equipment & Repair Service
P.O. Box 2387
Palatine, IL 60067


Secretary of State
213 State Capitol
Springfield, IL 62756

Smyth Accounting & Financial
977 Elm Ct.
Naperville, IL 60540


Southside Fuel Center Plus, Inc
970 West Pershing
Chicago, IL 60609


Stahl Cowen Crowley LLC
55 West Monroe Street
Suite 1200
Chicago, IL 60603


Staples
Dept.00-05063938
The Lakes, NV 88901-6721


State Farm
P.O. Box 680001
Dallas, TX 75368


Stealth Security
736 Burnham Avenue
Calumet City, IL 60409


Stepp Equipment
5400 Stepp Drive
Summit Argo, IL 60501


Technology Insurance Company
P.O. Box 740042
Atlanta, GA 30374-0042


Terrence J Hancock
c/o DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603


The Dust Connection
42358 46th Street
Lawrence, MI 49064


The Security Professionals, Inc.
5650 S. Archer Avenue
Chicago, IL 60638

Thoesen Tractor & Equipment Co
3142 Lincoln Highway
Chicago Heights, IL 60411-7728


Thompson Rental
21 W 550 North Ave
Lombard, IL 60148


Titan Wrecking & Environmental LLC
1300 W. Exchange
Chicago, IL 60609


Total Alpha Enviromental
5 Pembroke Ct.
Bloomingdale, IL 60108


Truck Tire Sales, Inc.
426 West Pershing Road
Chicago, IL 60609


United Rent-A-Fence
1213 Capitol Dr. #6
Addison, IL 60101


Vacant Property Security
329 West 18th Street, Suite 714
Chicago, IL 60616


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Volvo Financial Services
c/o ULMER & BERNE LLP
500 W MADISON #3600
Chicago, IL 60661


Volvo Financial Services
P.O.Box 7247-0236
Philadelphia, PA 19170-0236


Wells Fargo Bank
800 Walnut St.
Des Moines, IA 50309

Wight Construction
2500 North Frontage Road
Darien, IL 60561


William Burns
5256 S Paulina
Chicago, IL 60609


Windy City Heavy Equipment
12500 S. Cicero Ave.
Alsip, IL 60803


Wisco
PO Box 88666
Chicago, IL 60680-1666


Zimmerman Trucking & Excavating
4603 Hedge Road
Roxana, IL 62084